IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-2036 |
| | ) | |
| Plaintiff, | ) | **COUNT 1** |
| | ) | Possession of a Firearm as |
| vs. | ) | an Unlawful Drug User |
| | ) | 18 U.S.C. § 922(g)(3) |
| GENESIS DUKE JONES, | ) | |
| | ) | |
| Defendant. | ) | **Firearm Forfeiture** |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

On or about February 24, 2011, in the Northern District of Iowa, defendant GENESIS DUKE JONES, knowingly possessed in and affecting commerce a firearm, a Hi-Point by Haskell JHP .45 caliber pistol bearing serial number X404188. Defendant was an unlawful user of Marijuana, a Schedule I controlled substance, and Cocaine, a Schedule II controlled substance, as defined in 21 U.S.C. § 802.

This was a violation of 18 U.S.C. § 922(g)(3).

### Firearm Forfeiture

By virtue of having committed the acts specified in Count 1 of this Indictment, defendant GENESIS DUKE JONES shall forfeit to the United States any firearms or ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g), including but not limited to the firearm listed above.

1

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 12/19/2012
ROBERT L. PHELPS, CLERK

This pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/Foreperson

_____
Foreperson

12/18/12
_____
Date


SEAN R. BERRY
Acting United States Attorney

*[signature]*
JUSTIN LIGHTFOOT
Assistant United States Attorney