# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

GENESIS D. JONES,

                Defendant.

No. 12-CR-2036-LRR

**ORDER**

_____

On February 6, 2015, the United States Attorney's Office advised the court that, pursuant to the April 16, 2013 Agreement for Pretrial Diversion, Defendant successfully completed his Pretrial Diversion in this case. The Clerk of Court is, therefore, directed to close this case.

**IT IS SO ORDERED.**

**DATED** this 9th day of February, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA